WILLIAM M. RUBENDALL, State Bar No. 80616
LAW OFFICES OF WILLIAM M. RUBENDALL
801 Augusta Court
Concord, Ca. 94518
Telephone (925) 827-2272

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re | ) | Case No. 10-48226 RLE 13 |
|---|---|---|
| ABIGAIL CARROLL | ) ) | Chapter 13 |
| | ) ) ) ) | DECLARATION OF WILLIAM RUBENDALL REGARDING TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR EXTENSION OF TIME TO FILE AN AMENDED PLAN |

I, William Rubendall, hereby declare as follows:

1. I am the attorney for the Debtor, Abigail Carroll, and my address is 801 Augusta Ct., Concord, Ca 94518.

2. I have personal knowledge of the matters set forth below and, if called and sworn as a witness, I am competent to and would testify to the matters stated.

3. I was substituted into the above mentioned case on December 8, 2010.

4. On December 8, 2010, I requested that debtor's former attorney provide me with debtor's file. I received the relevant documents by e-mail on December 22, 2010.

5. My staff immediately contacted the attorneys for both objecting creditors, Suntrust and Americredit. It is my understanding that the attorneys for Suntrust contacted their client and requested a complete breakdown of the escrow shortage, which was provided to them on January 6, 2011. The figures did not balance and the attorneys requested futher information. The final correct breakdown was received at 12:30 today (January 10). I have forwarded the figures to my client for her review.

6. I am also still waiting for a response from the attorneys for Americredit regarding our compromised value of the vehicle.

7. I anticipate that an amended plan will be filed as soon as I have the approval of my client regarding the mortgage arrears and a response from the attorneys for Americredit and

request that an extension of time until Friday, January 14, 2011 be granted in order for the amended plan to be filed.

    I declare under penalty of perjury that the foregoing is true and correct and was executed this 10th day of January 2011 at Concord, California.

                                                                               *s/ William Rubendall*
                                                                               *William Rubendall*
                                                                               *Attorney for Debtor*