WILLIAM M. RUBENDALL, State Bar No. 80616
LAW OFFICES OF WILLIAM M. RUBENDALL
801 Augusta Court
Concord, Ca. 94518
Telephone (925) 827-2272

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re ) | Case No. 10-48226 RLE 13 | |
| ) | Chapter 13 | |
| Abigail Carroll ) | **OBJECTION TO CLAIM** | |
| ) | | |
| ) | Claimant: Carl Gustafson, Esq. | |
| _____Debtor(s)_____ ) | Prior Attorney's fee request | |

The Debtor(s) object(s) to the allowance of the claim described as: Prior Attorney fees

NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim): DOLLAR AMT: 2808.00 FILED: 7-20-10
  Carl Gustafson. Esq
  Lincoln Law
  2258 Monument Blvd
  Pleasant Hill, Ca 94523

The basis for the objection is that the claim :
_____ duplicates claim no. _____ filed on _____ by _____ .
_____ does not include a copy of the underlying judgment.
_____ does not include a copy of the security agreement and evidence of perfection.
_____ fails to assert grounds for priority.
_____ does not include a copy of the assignment(s) upon which it is based.
_____ appears to include interest or charges accrued after the filing of this case on _____ .
_____ is not timely filed.
__XX__ **Attorney signed a substitution of attorney on 12-7-10 removing himself from the case. He is, therefore, not entitled to further fees beyond the initial retainer .**

The Objecting Party will ask the Court to enter an Order providing that the claim is:
  _____ allowed as a secured claim in the amount of:     $_____
  _____ allowed as an unsecured claim in the amount of:  $_____
  _____ allowed as a priority claim in the amount of:    $_____
  __XX__ disallowed in its entirety

Dated: March 3, 2011                    s/William M. Rubendall
                                        Name, address & phone number of Objecting Party/Atty
                                        William M. Rubendall, Attorney at Law
                                        801 Augusta Court
                                        Concord, Ca 94518
                                        925- 827-2272

Case: 10-48226   Doc# 43   Filed: 03/03/11   Entered: 03/03/11 08:21:27   Page 1 of 1